UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD BERNARD GRUNDY, III, | ) | NO. 1:17-cr-0221-SEB-TAB-01 |
| a/k/a White Boy, | ) | |
| EZELL NEVILLE, | ) | -02 |
| a/k/a Bo, | ) | |
| GILBERTO VIZCARRA-MILLAN, | ) | -04 |
| a/k/a G, | ) | |
| MARIO EDUADO VILLASENOR, | ) | -05 |
| EMILIO MITCHELL, II, | ) | -06 |
| EMILIO MITCHELL, JR., | ) | -07 |
| THOMAS BULLOCK, | ) | -09 |
| DION G. MADISON, | ) | -10 |
| a/k/a D, | ) | |
| FRANK S. EARLY, | ) | -11 |
| FRANKIE B. RAY, | ) | -12 |
| CHRISTOPHER D. BRADFORD, and | ) | -13 |
| DAONA LEANN GHOLSTON, | ) | -14 |
| | ) | |
| Defendants | ) | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HYATTE, | ) | NO. 1:17-cr-0222-JMS-TAB-02 |
| LANCE L. HATCHER, JR., | ) | -03 |
| a/k/a Mont Mont, | ) | |
| NATHANIEL DIXSON, | ) | -04 |
| a/k/a Dog, | ) | |
| DEREK ATWATER, | ) | -06 |
| a/k/a Shorty, | ) | |
| ROBERT LISENBY, JR., | ) | -07 |
| a/k/a Russ, | ) | |
| JOHN E. BELL, | ) | -09 |
| SHEMILAH D. CROWE, | ) | -10 |
| JAMES O. BEASLEY, | ) | -11 |
| a/k/a Jake, | ) | |
| RICHARD BERNARD GRUNDY, III, | ) | -12 |
| a/k/a White Boy, | ) | |
| GILBERTO VIZCARRA-MILLAN, | ) | -13 |
| a/k/a G, | ) | |
| EZELL NEVILLE, | ) | -15 |
| a/k/a Bo, | ) | |
| CHRISTOPHER D. BRADFORD, | ) | -16 |
| UNDRAE MOSEBY, | ) | -17 |
| a/k/a Soundrae Evans, | ) | |
| MARK T. WILLIAMS, | ) | -20 |
| a/k/a Savage, | ) | |
| ISIAH T. FINCH, | ) | -21 |
| a/k/a Fluff, | ) | |
| DION G. MADISON, | ) | -22 |
| a/k/a D, and | ) | |
| FRANK S. EARLY, | ) | -23 |
| | ) | |
| Defendants | ) | |

**ORDER**

The Court, having reviewed the Government's Amended Motion to Consolidate, hereby GRANTS the motion.

It is therefore ORDERED as follows:

1. The cases involving defendants Richard Grundy III, Ezell Neville, Gilberto Vizcarra-Millan, and Christopher Bradford (currently docketed at 1:17-cr-0221) are CONSOLIDATED with the cases involving defendants Michael Hyatte, Lance Hatcher Jr., Nathaniel Dixson, Derek Atwater, Robert Lisenby Jr., John E. Bell, Shemilah D. Crowe, James O. Beasley, Undrae Moseby, Mark T. Williams, and Isiah T. Finch (currently docketed at 1:17-cr-0222). The cases involving these defendants shall proceed under the cause numbers assigned in the Superseding Indictment filed at docket number 1:17-cr-0222 on September 12, 2018. These consolidated cases are all assigned to the docket of the Honorable Jane E. Magnus-Stinson.

2. The cases involving defendants Mario Villasenor, Emilio Mitchell II, Emilio Mitchell Jr., Thomas Bullock, Daona LeAnn Gholston, Frankie B. Ray, Dion Madison, and Frank Sam Early shall continue to proceed under docket number

1:17-cr-0221 and remain assigned to the docket of the Honorable Sarah Evans Barker.

The Court finds that the joinder of these defendants is in the interest of justice because the defendants have been named in a common indictment and are alleged to have participated in the same series of acts or transactions which constitute an offense or offenses, pursuant to Rule 8 of the Federal Rules of Criminal Procedure.

It is FURTHER ORDERED that the telephonic conference scheduled in the case docketed at 1:17-cr-0222 for October 25, 2018 at 10:00 a.m. remains in effect.  (1:17-cr-0222, Dkt. 473).  Counsel for defendants Richard Grundy, III, Ezell Neville, and Gilberto Vizcarra-Millan are ordered to participate in the telephonic conference, along with the counsel previously notified.  The purpose of the telephonic conference is to schedule a firm trial date in this matter.

It is SO ORDERED this 23rd day of October, 2018.

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

All counsel of record

United States Marshal's Service

6